

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,330-01

### EX PARTE WILLIAM HOSEA ENGLISH, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. B-17-0829-SA-W-1 IN THE 119TH DISTRICT COURT
## FROM TOM GREEN COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to thirty-five years' imprisonment.

Applicant contends that he was denied his right to an appeal. We remanded this application to the trial court for a response from trial counsel and findings of fact and conclusions of law. The trial court has determined that Applicant was denied his right to an appeal. We find that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in cause number B-17-0829-SA from the 119th District Court of Tom Green County. Applicant is ordered

returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. Within ten days of the issuance of this opinion, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wishes to be represented by counsel, the trial court shall immediately appoint an attorney to represent Applicant on direct appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 20, 2019
Do not publish